**DISMISS and Opinion Filed May 14, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01044-CV

**RYAN FONTAINE AND PROGRESSIVE PAYMENT SYSTEMS,**
**Appellants**
**V.**
**ESSENCE MASERATI, EWING HURST, LLC, Appellees**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00419-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Smith

Appellants' brief in this case is overdue. By postcard dated April 13, 2021, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file their brief by that time might result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

                                      /Craig Smith/
                                      CRAIG SMITH
                                      JUSTICE

201044F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RYAN FONTAINE,
PROGRESSIVE PAYMENT
SYSTEMS, Appellants

No. 05-20-01044-CV     V.

ESSENCE MASERATI, EWING
HURST, LLC, Appellees

On Appeal from the County Court at
Law No. 6, Collin County, Texas
Trial Court Cause No. 006-00419-
2020.
Opinion delivered by Justice Smith.
Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees ESSENCE MASERATI and EWING
HURST, LLC recover their costs of this appeal from appellants RYAN
FONTAINE and PROGRESSIVE PAYMENT SYSTEMS.

Judgment entered May 14, 2021